**Order filed February 26, 2015**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-14-00870-CV**

_____

**LOWELL MALCOLM MCCOY, Appellant**

**V.**

**KARON K. ELS, Appellee**

**On Appeal from the 300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 75438-F**

## O R D E R

Appellant's brief was due February 17, 2015**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **March 30, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM